OCTOBER TERM, 1802. 189

Meredith v. Clarke—Clay v. Quarter Sessions Court of Fayette Co.

OCTOBER 28, 1802.

---

NOVEMBER 3, 1802.

# Henry Clay v. Quarter Sessions Court of Fayette county.

*Upon a writ of error to reverse a judgment of the said Court imposing a fine of ten pounds on the said Henry Clay.*

A fine for a contempt of court can not be sustained unless the record show that the contempt was committed in the presence of the court, and that the defendant was present in court when the fine was imposed.

It does not appear that the contempt alleged to have been committed was committed in the presence of the court, or that the said Clay was present when the fine was imposed, and if not, he ought to have been brought into court by summons or attachment

to answer the charge. Therefore, it is considered by the court that the judgment aforesaid be reversed and set aside, and that the plaintiff recover of the defendants his costs in this behalf expended, which is ordered to be certified to the said court.